

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00254-CV

Charles J. **MELNIK,**
Appellant

v.

Dewayne **BALDWIN**, Tonia Baldwin,
Appellee

From the County Court at Law No 1, Guadalupe County, Texas
Trial Court No. 2018-CV-0012
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

On December 5, 2018, appellees filed a motion for extension of time in which to file their brief. Appellees request an extension of ninety (90) days. Appellees' motion is GRANTED IN PART; the deadline for filing appellees' brief is extended by sixty (60) days. Appellees' brief is due on or before **January 15, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court